## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv275

| | | |
|---|---|---|
| **RINEHART RACING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **LEMANS CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion for Initial Pretrial Conference.  Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Initial Pretrial Conference (#10) is **GRANTED,** and an Initial Pretrial Conference is set for Friday, February 26, 2010, at  9 a.m. in Courtroom #2 in Asheville.

Signed: February 22, 2010

Dennis L. Howell
United States Magistrate Judge