## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv275

| | | |
|---|---|---|
| **RINEHART RACING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **LEMANS CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the court upon reconsideration of the Pretrial Order and Case Management Plan. The Order was prepared by the undersigned for use in the upcoming hearing at which the content of the proposed Order will be discussed with the parties and their counsel. The Order was signed prematurely by mistake and as such was improvidently entered.

## ORDER

      **IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan (#13) is **STRICKEN** as improvidently entered.

Signed: February 24, 2010

Dennis L. Howell
United States Magistrate Judge